ROCKLAND LAKE TRAP ROCK COMPANY, Respondent, *v.* THE VILLAGE OF PORT CHESTER, Appellant, and GEORGE W. STUDWELL et al., Respondents, Impleaded with Others.

*Rockland Lake T. R. Co.* v. *Vil. of Port Chester,* 102 App. Div. 360, affirmed.

(Argued May 23, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 1, 1905, affirming a judgment in favor of plaintiff and defendants, respondents, entered upon the report of a referee in an action to foreclose liens upon a public improvement.

*Louis S. Phillips, Arthur R. Wilcox* and *Jerome A. Peck* for appellant.

*Grenville T. Emmet* for plaintiff, respondent.

*De Witt H. Lyon* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.